☑ Original                    ❏ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )    Case No. 22-954M(NJ) |
| Information associated with Google accounts | ) |
| antman.grazi@gmail.com and quality.ingredients.us@gmail.com | ) |
| (the "Accounts") that are stored at premises owned, maintained, | ) |
| controlled, or operated by Google LLC, see Attachment A. | ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

       An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:

   See Attachment A.

       I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

   See Attachment B.

       **YOU ARE COMMANDED** to execute this warrant on or before August 29, 20222 _____ *(not to exceed 14 days)*
   ❏ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

       Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

       The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ Nancy Joseph _____ .
                                          *(United States Magistrate Judge)*

       ❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____ .

Date and time issued: 8/15/2022 @ 3:55p.m. _____        *Nancy Joseph* (signature)
                                                                   *Judge's signature*

City and state:      Milwaukee, WI _____        Nancy Joseph, U.S. Magistrate Judge
                                                                   *Printed name and title*

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

**Certification**

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

**<u>ATTACHMENT A</u>**

**Property to Be Searched**

This warrant applies to information associated with Google accounts

**antman.grazi@gmail.com** and **quality.ingredients.us@gmail.com** (the "Accounts") that are

stored at premises owned, maintained, controlled, or operated by Google, LLC, a company

headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

<u>**ATTACHMENT B**</u>

**Particular Things to be Seized**

I.     **Information to be disclosed by Google, LLC. ("the Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is located within or outside of the United States, and including any information that has been deleted but is still available to the provider, the Provider is required to disclose the following information to the government for the accounts listed in Attachment A:

**Google Account**

**SUBSCRIBER AND ACCESS RECORDS:** All business records and subscriber information, in any form kept, pertaining to the account, including: full name; physical address; telephone numbers, including SMS recovery and alternate sign-in numbers; alternative and recovery email addresses, including those provided during registration; usernames, screennames and other identifiers; account status; account creation date; account registration IP address; length of service; records of session times and durations, including log-in IP addresses; methods of connecting; log files; subscriber change history; means and source of payment (including any credit or bank account number); and detailed billing records;

**DEVICES:** All device information associated with the accounts, including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers;

**SERVICES:** The types of services utilized, including connected applications and sites, and any dates associated with the commencement or termination of that use;

**FORWARDING OR FETCHING ACCOUNTS:** All forwarding or fetching accounts relating to the accounts;

**BROWSING, SEARCH, and APPLICATION USE HISTORY:** All Internet search, browsing history, and application usage history, such as Web & App Activity, including: search terms; browsing history, including application usage; bookmarks; passwords; autofill information; alerts, subscriptions, and other automated searches, including associated notifications and creation dates; all text typed into the Google Chrome address bar or Google search bar, including URLs and IP addresses; all URLs or IP addresses clicked on; user settings; and all associated logs and change history;

**Gmail**

- **GMAIL:** The contents of all emails associated with the account, including, but not limited to: stored or preserved copies of emails sent to and from the account, draft emails, and deleted emails; attachments; the source and destination addresses associated with each email; the date and time at which each email was sent; the size and length of each email; and true and accurate header information including the actual IP addresses of the sender and recipients of the emails;

- **CONTACTS:** Any records pertaining to the user's contacts, including: address books; contact lists, including autocomplete suggestions; social network links; groups, including Google Groups to which the user belongs or communicates with; user settings; and all associated logs and change history;

- **CALENDAR:** Any records pertaining to the user's calendar, including: Google Calendar entries; Google Tasks; reminders; appointments; invites; and goals; the sender and recipients of any event invitation, reminder, appointment, or task; user settings; and all associated logs and change history;

- **WEB-BASED CHATS:** The contents of all chats associated with the account, including Google Hangouts, Meet, and Chat, in any format (text, audio, or video) including, but not limited to: stored, deleted, and draft chat communications, including attachments and links; the source and destination addresses associated with each communication, including IP addresses; the size and length of each communication; user settings; and all associated logs, including access logs and change history;

- 

**Google Drive**
- The contents of all records associated with the account in Google Drive (including Docs, Sheets, Forms, and Slides) and Google Keep, including: files, folders, media, notes, lists, and other data uploaded, created, stored, or shared with the account including drafts and deleted records; the creation and change history of each record; accounts with access to or which previously accessed each record; any location, device, other Google service (such as Google Classroom or Google Group), or third-party application associated with each record; and all associated logs, including access logs and IP addresses, of each record;

**Google Voice**

- **GOOGLE VOICE:** All Google Voice records associated with the account, including: associated telephone numbers, including forwarding numbers; connection records; call detail records; SMS and MMS messages, including draft and deleted messages;

2

voicemails, including deleted voicemails; user settings; and all associated logs, including access logs, IP addresses, location data, timestamps, and change history;

- **GOOGLE VOICE SUBSCRIBER RECORDS:** All business and subscriber records associated with the account on Google Voice, including: name; user name; physical address; alternate or recovery emails; telephone numbers, including SMS recovery numbers; linked accounts; account status; account creation date; account registration IP address; length of service; associated devices; associated AndroidIDs; means and source of payment (including any credit or bank account number); and all associated logs and change history;

**Messaging Services**

- **MOBILE MESSAGING:** The contents of all messages associated with the account, including Google Duo, Android Messages, and Google Allo, in any format (e.g. SMS, MMS, or RCS) including, but not limited to: stored, deleted, and draft messages, including attachments and links; the source and destination addresses associated with each communication, including IP addresses and telephone numbers; the size and length of each communication; associated telephone numbers, including SMS recovery numbers; usernames and other identifiers; user settings; and all associated logs and change history;

Google is hereby ordered to disclose the above information to the government within **14 days** of issuance of this warrant.

## II. Information to be seized by the government

All information described above in Section I that constitutes evidence, and/or instrumentalities of violations of 21 U.S.C § 843(a)(7) and 21 U.S.C. § 846, those violations involving ANTONY GRAZIANO, including, for each account listed in Attachment A, information pertaining to the following matters:

> (a) Information that constitutes evidence concerning the unlawful distribution of narcotics;
>
> (b) Information that demonstrates Graziano's knowledge that his product was being used to manufacture a controlled substance and/or to create poppy seed tea

3

(c) Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Account owner;

(d) Any records pertaining to the means and source of payment for services (including any credit card or bank account number or digital money transfer account information);

(e) Evidence indicating the Account owner's state of mind as it relates to the crime under investigation;

(f) Evidence that may identify any co-conspirators or aiders and abettors, including records that help reveal their whereabouts;

(g) The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s).

(h) The identity of the person(s) who communicated with the Account about matters relating to the possession of unwashed poppyseeds, the plan to manufacture those seeds into an illegal controlled substance, the plan to sell those unwashed poppyseeds with the intention that the buyers use them to manufacture and illegal controlled substance, and the records that help reveal their approximate whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support

4

staff, and technical experts. Pursuant to this warrant, the DEA may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

# UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched*<br>*or identify the person by name and address)*<br>Information associated with Google accounts antman.grazi@gmail.com<br>and quality.ingredients.us@gmail.com (the "Accounts") that are stored at<br>premises owned, maintained, controlled, or operated by Google LLC, see<br>Attachment A | )<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 22-954M(NJ |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

❑ contraband, fruits of crime, or other items illegally possessed;

❑ property designed for use, intended for use, or used in committing a crime;

❑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. §§ 843(a)(7)<br>and 846 | Distribution of chemicals or materials knowing or intending that they be used to manufacture a controlled substance, and conspiracy to do the same. |

The application is based on these facts:

See Affidavit in Support of Application and Search Warrant, incorporated by reference herein.

☑ Continued on the attached sheet.

❑ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

BRYAN AYERS      Digitally signed by BRYAN AYERS
Date: 2022.08.12 12:02:52 -05'00'

*Applicant's signature*

Bryan Ayers, Special Agent-DEA

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

*(specify reliable electronic means)*.

Date: 8/15/2022

*Judge's signature*

City and state:   Milwaukee, WI     Honorable Nancy Joseph, U.S. Magistrate Judge

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**AN APPLICATION FOR A SEARCH WARRANT**

I, Bryan Ayers, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this affidavit in support of an application for a search warrant for information associated with Google account users *__antman.grazi@gmail.com,__* and *__quality.ingredients.us@gmail.com__* that is stored at premises owned, maintained, controlled, or operated by Google LLC ("Google"), an electronic communications service and/or remote computing service provider headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

2.      The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Google to disclose to the government copies of the information (including the content of communications) further described in Section I of Attachment B.  Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

3.      I am a Special Agent with the Drug Enforcement Administration (DEA) and have been since April 2021. Since June of 2021, I have been assigned to the DEA Milwaukee District Office. I have been trained in a variety of investigative and legal matters, including the topics of Fourth Amendment searches, the drafting of search warrant affidavits, and probable cause. I have participated in criminal investigations, surveillance, search warrants, interviews, and debriefs of arrested subjects. As a result of this training and investigative experience, I have learned how and

why criminal actors typically conduct various aspects of their criminal activities. Additionally, I know from training and experience that the complete contents of online accounts may be important to establishing the actual user who has dominion and control of an online account at a given time. Online accounts may be registered in false names or screen names from anywhere in the world with little to no verification by the service provider. They may also be used by multiple people. So, information stored in connection with an online account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation. This helps establish and prove each element of the crime or alternatively, may exclude the innocent from further suspicion. In my training and experience, an online user's account activity, IP log, location information, search history, stored electronic communications, and other data retained by providers, can indicate who has used or controlled an online account or can provide context for the crime under investigation.

4. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 21 U.S.C § 843(a)(7) and 21 U.S.C. § 846 have been committed by **Antony M. GRAZIANO** (xx/xx/92). There is also probable cause to search the information described in Attachment A for evidence of these crimes further described in Attachment B.

## JURISDICTION

6. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A), &

2

(c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

## APPLICABLE STATUTES

7.       Pursuant to 21 U.S.C. § 812 of the Controlled Substances Act (CSA), opium poppy, poppy straw, opium and opiates (including their salts and derivatives) are Schedule II Controlled Substances. Controlled substances that are often found in opium poppy and poppy straw also include morphine, codeine, and thebaine.

8.       21 U.S.C. § 802(19) defines "opium poppy" as "the plant of the species Papaver somniferum L., except the seed thereof."

9.       21 U.S.C. § 802(20) defines "poppy straw" as "all parts, except the seeds, of the opium poppy, after mowing."

10.      Because the definitions of "opium poppy" and "poppy straw" under 21 U.S.C. § 802(19) and (20) specifically exclude the seeds of the poppy plant, poppy seeds are excluded from control under the CSA. But the CSA does not exclude poppy seeds that contain opium alkaloids (such as morphine, codeine, and thebaine), or those that are sold along with poppy straw.

11.      21 U.S.C. § 843(a)(7) makes it unlawful to manufacture, distribute, export or import any "material which may be used to manufacture a controlled substance or listed chemical, knowing, intending, or having reasonable cause to believe, that it will be used to manufacture a controlled substance or listed chemical."

## PROBABLE CAUSE

12.      Poppy seeds are a naturally derived product originating from a flowering plant known as papaver soniferum (poppy plant). Poppy seeds themselves do not possess any opium content. But opium alkaloids (such as morphine, codeine, and thebaine) are found in the poppy

3

latex, which is a milky white fluid that excludes from the poppy when it is cut. Opium alkaloids are also found in other parts of the poppy plant – known in the CSA as the "poppy straw."

13. Harvesters who wish to increase opium-alkaloid content on the poppy seed coats make cuts in the opium pods before they ripen, which allows latex to seep onto the seed coats. Additionally, sellers of poppy seeds who wish to increase opium-alkaloid content in their product often sell poppy seeds combined with poppy straw.

14. Because the way poppy seeds are harvested can cause increased opium alkaloid content, the vast majority of poppy seeds sold and consumed in the United States are washed and processed. Washing, soaking and applying heat treatments is effective in significantly reducing and/or eliminating the opium alkaloids present on the seed coats.

15. In contrast, the surface of unwashed poppy seeds are typically contaminated with opium alkaloids. Unwashed poppy seeds are, therefore, abused by individuals who are seeking to obtain a "high." Individuals who wish to create a drug from unwashed poppy seeds typically soak the seeds in water to create a tea ("poppy seed tea" or "pst"). The making of the "tea" extracts the opium alkaloids from the seeds' surface and any surrounding poppy straw.

16. Unwashed poppy seeds were associated with at least 12 overdose deaths in the United States as of November 2019.

17. On May 18, 2021, an individual was found deceased, via overdose, in Shorewood, Wisconsin. The medical examiner found morphine and thebaine in the deceased's system and concluded that the cause of death was acute morphine intoxication and that the injury occurred because the decedent "consumed very large amount of poppy seed tea." A further investigation into the overdose revealed that the decedent received a package from GRAZIANO on May 13, 2021. The package was delivered via UPS.

4

18.     Information obtained from UPS and Stamps.com showed that GRAZIANO is sending thousands of packages of unwashed and unprocessed poppy seeds throughout the United States through the websites https://www.fireseedbakerysupply.com/ and https://qualityingredientsus.com/. The email address on file for GRAZIANO's Stamps.com account is **antman.grazi@gmail.com**.

19.     Financial information indicated that GRAZIANO has two separate PayPal Accounts. One (xx7644) is in the name "Antony Graziano dba Fire Seed Bakery Supply." The other (xx2788) is in the name "Antony Graziano dba Quality Ingredients." GRAZIANO also has a Venmo account in the name "Antony Graziano." These three accounts have received a high volume of payments related to the sale of unwashed poppy seeds. Indeed, from September 2020 to February 24, 2021 the accounts have received payments totaling more than $280,000. Antony GRAZIANO utilizes the email **antman.grazi@gmail.com** for PayPal account (xx7644) and **quality.ingredients.us@gmail.com** for PayPal account (xx2788).

20.     Funds deposited from these payments were transferred to accounts at Idaho Credit Union. Those accounts – xx5983 and xx8134 – are business accounts for "Fire Seeds LLC." GRAZIANO is a signatory on both accounts. **Antman.grazi@gmail.com** is the email on file with Idaho credit union under the "Business Member Application and Ownership Agreement" for Fire Seeds LLC.

21.     Financial information also shows payments made for unwashed poppy seeds via Facebook through https://www.facebook.com/pg/fireseedbakerysupply and shows those funds deposited into GRAZIANO's accounts at Idaho Central Credit Union. That Facebook page has since been disabled.

5

22.     Fire Seeds LLC was registered in Idaho with an address of 3676 North 2700 East, Twin Falls, ID 83301, on September 21, 2020 and dissolved on December 24, 2021. An application for reinstatement was filed on March 15, 2022.

23.     Based on the investigation to date, GRAZIANO owns and operates Fire Seeds LLC using the name Fire Seed Bakery Supply (FSB). Through that website, and others, GRAZIANO advertises and sells unwashed poppy seeds online through the website https://www.fireseedbakerysupply.com/. GRAZIANO also appears to be selling unwashed poppy seeds through https://www.qualityingredientsus.com/.

24.     Information obtained from Shopify.com, an eCommerce platform that allows users to create and operate websites for the purpose of managing their businesses, lists Antony GRAZIANO as the account owner for https://www.fireseedbakerysupply.com/ and https://www.qualityingredientsus.com/. **Antman.grazi@gmail.com** is listed as the email on file for both active Shopify.com accounts.

25.     Information obtained from Idaho Power lists Antony GRAZIANO as the owner of Fire Seeds LLC.  GRAZIANO has commercial service set up at 682 Blue Lakes Blvd., Twin Falls, ID.  682 Blue Lakes Blvd. is a warehouse property and believed to be where GRAZIANO stores the unwashed poppy seeds and gets them ready for shipment.  GRAZIANO's e-bills for his personal and commercial services are emailed to **antman.grazi@gmail.com**.

26.     On July 5, 2022, case agents, in an undercover capacity, purchased one pound of unwashed poppy seeds from https://www.fireseedbakerysupply.com/. On July 11, 2022, the unwashed poppy seeds were picked up from an undercover P.O. box and opened by case agents. The package was sent from Idaho from a known P.O. box operated by FSB.  Case agents observed what appeared to be a high amount of plant matter inside the vacuum sealed zip bag with the poppy

6

seeds. On July, 2022, the one-pound bag of unwashed poppy seeds from FSB was photographed and sent to the DEA Northcentral laboratory for testing.

27.     On August 3, 2022, case agents, in an undercover capacity, purchased one pound of unwashed poppy seeds from https://www.qualityingredientsus.com/. On August 9, 2022, the unwashed poppy seeds were picked up from an undercover P.O. box and opened by case agents. The package was sent from Idaho from a warehouse known to be utilized by GRAZIANO. Case agents observed what appeared to be a high amount of plant matter inside the vacuum sealed zip bag with the poppy seeds. On August 9, 2022, the one-pound bag of unwashed poppy seeds from Quality Ingredients was photographed and sent to the DEA Northcentral laboratory for testing. The email **quality.ingredients.us@gmail.com** is on qualityingredientsus.com in the "Contact Us' section of the website.

28.     Based on my review of the website, https://www.fireseedbakerysupply.com/, GRAZIANO is selling unwashed poppy seeds for between $39 and $48 per pound. On https://www.qualityingredientsus.com/, GRAZINO is selling unwashed poppy seeds for $30 per pound. By contrast, one pound of Regal brand poppy seeds on https://www.webstaurantstore.com/ retails for $3.94. Even organic Frontier Co-Op poppy seeds sell on Amazon for between $7.25 and $13.89 per pound. Based on my training and experience, the significant mark-up in cost on FSB's website is likely due to the fact that the poppy seeds GRAZIANO is selling are intended to be used to extract opium alkaloids via the manufacture of poppy seed tea.

29.     A review of FSB's website's reviews confirm that the purchasers of FSB poppy seeds are buying them in order to extract opium alkaloids by making poppy seed tea. All of the reviews are listed as "verified," which further indicates that GRAZIANO is aware of the way in which his consumers intend to utilize the product he is selling.

7

30.     Further confirmation of GRAZIANO's knowledge of the way his product is being used is found on the "disclaimer" page of the FSB website. That disclaimer contains significant misspellings of words like "refered", "recomend", "responcible", "promoise", and "guarentee." The disclaimer directs consumers that they "must wash the seeds before using!" and that they should "dispose of the water after cleaning." The existence of this disclaimer, in itself, indicates that GRAZIANO is aware of the way the product he is selling can be used to create a controlled substance. In fact, the disclaimer page states: "Waring[sic]: Poppy seeds may contain opiate alkaloid residue."

31.     Additional evidence of GRAZIANO's intent to sell unwashed poppy seeds for the purpose of allowing individuals to utilize those seeds to extract opium into a tea was found on GRAZIANO's Reddit profiles (Poppy_Seed_T, Traplord92, and Callmebigpoppy_187 .) Based on information obtained from Reddit, each of those accounts is registered with the same email, **antman.grazi@gmail.com**, an email address known to belong to GRAZIANO.

32.     .The user of the profile Poppy_Seed_T is believed to be GRAZIANO. First, the user poppy_seed_T acknowledged that he is associated with Fire Seed Bakery. For example, in response to a Reddit post titled "Free Green Dot Pound One Time Only FSB" on the r/poppy subreddit, user poppy_seed_T commented "I don't think you realize how many seeds I sell bruh. I actually started this biz with unemployment money if you want the real story…" .

33.     Other Reddit users also identify the poppy_seed_T as belonging to "Antony," which is GRAZAIANO's first name. For example, in response to a comment made by poppy_seed_T on the r/poppyseed subreddit thread, reading "Derek is a shitty reseller. Fuck Derek", fellow Reddit user u/Derek0350 replied "Antony remind me what you do exactly? When

8

you were first starting out you were reselling garbage with woodchips, I already have your distributor. I can see your product right now. Ok toodles."

34.     Finally, the user of poppy_seed_T stated he is from Twin Falls, Idaho, which was GRAZIANO's place of residence until July 2022. The user of traplord92 has also stated he lives in Idaho in multiple posts. The user of traplord92 stated in a post that he drives a 2021 TRX, which is a vehicle known by case agents to be driven by GRAZIANO.

35.     In using the account poppy_seed_T, GRAZIANO frequently commented on various subreddits about making and consuming "poppy seed tea", which is the illegal byproduct of unwashed poppy seeds and contains Schedule II controlled substances, such as opium alkaloids. For example, in response to Reddit post entitled "Tea Prep for a Couple Days" on the r/poppyseed subreddit, poppy_seed_T responded "You'll dig em. Lots of PM [Plant Matter] as you can see lol very earthy favor and very effective!" and then included the flame and teacup icons/emojis.

36.     GRAZIANO also used the poppy_seed_T account to provide other Reddit users with instructions on how to make the illegal byproduct, poppy seed tea, from unwashed poppy seeds. For example, approximately one year ago, in response to Reddit user u/Grapery_apey's post asking for tips on how to make poppy seed tea, poppy_seed_T responded, "why does everyone make it so hard. Put some warm walk in a bottle and shake it for 2 min. Strain. Repeat 2X."

37.     Utilizing the traplord92 account, GRAZIANO stated, "I've been doing it the same for years with room temp water and lemon…". In the same thread GRAZIANO stated, "Typically I can do 3oz wash 2-3x and be set." In a separate thread GRAZIANO explained, "Make concentrated tea, dehydrate said tea and add a couple ml of water make it gooey, pull through a cotton."

38.     Operating the traplord92 account, GRAZIANO stated, " I'm working on getting my own stock in…. fuck this drought Imma make it rain and the FDA can eat my dick.  I'm carry seeds and kratom and maybe even etizolam."  In a later thread GRAZIANO stated, "DM me, but amazon and eBay have been putting a stop to it (unwashed poppy seeds) after a kid died from SN seeds."

39.     Using the poppy_seed_T account, GRAZIANO also provided other Reddit users with discount codes to purchase unwashed poppy seeds from his business, Fire Seed Bakery Supply.

40.     Utilizing the traplord92 account, GRAZIANO commented on multiple reddit threads for users to direct message him.  A sample of traplord92's posts included the following statements: "Dm me I'll get you the dirty seeds…", "Dm me I got you…", "Hmu ive had no problem getting em in from hood suppliers, made me wanna start a site that offers more variety…", "…Found a legit bull supplier on these and I think I wanna make a store that does people good!...", "…That's about the price Imma sell for though, maybe $40-50 with free shipping and better discounts in bulk…"

41.     Using the callmebigpoppy_187 account, GRAZIANO stated, "…FSB is stronger than ever and not a reseller, we buy truck loads at a time just like everyone else.  And we have multiple stores now so whether you know it or not, you're most likely buying from me!  Also did you guys know we all use the same distributor?"

42.     Indeed, GRAZIANO, using the poppy_seed_T, traplord92, and callmebigpoppy_187 account frequently engaged with the r/poppyseed subreddit which is "dedicated to the consumption of poppy seed tea" which is an illegal byproduct of unwashed poppy seeds.

10

43.     The poppy_seed_T account user also admitted, in a subreddit comment, to personally manufacturing and consuming poppy seed tea from the unwashed poppy seeds for "pain management."

44.     On July 29, 2022, I applied for and received a search warrant for GRAZIANO's Reddit profiles, poppy_seed_T, callmebigpoppy_187, and traplord92. On August 3, 2022, Reddit provided the content from those profiles, which included among other items, transcripts of private-message chats between GRAZIANO and other Reddit users.

45.     Those chat transcripts confirmed that GRAZIANO was selling "potent" poppy seeds for the purpose of providing individuals with opium alkaloids. For example, GRAZIANO directed numerous users to https://www.fireseedbakerysupply.com/ and https://www.qualityingredientsus.com/ via direct messages and chats on the poppy_seed_T, traplord92, and callmebigpoppy_187 accounts.  In those direct messages, individuals frequently asked GRAZIANO to provide his "source" for unwashed poppy seeds and indicated that they needed the seeds for pain relief or otherwise alluded to illicit drug use. In those chats, GRAZIANO often asked for the Reddit user's email addresses and told them he would email them, among other things, information on where to purchase unwashed poppy seeds as well as discount codes.

46.     In another example, on the *traplord92* account, GRAZIANO communicated with Reddit user weedNshrooms about getting "pods", referring to the seed pods of the poppy plant. Poppy pods are not exempted from the Controlled Substances Act.  GRAZIANO stated, "Can I give you my email or number or telegram and get some help? I can get seeds good ones too. But not pods...".   GRAZIANO provided Reddit user weedNshrooms the email **antman.grazi@gmail.com**.  When weedNshrooms stated that the pods only ship within the

11

United Kingdom, GRAZIANO responded, "Shoot the link over so I can drool n dream lol maybe I can talk em into shipping**.**"

47.     On another occasion, using the traplord92 account, GRAZIANO provided the email antman.grazi@gmail.com to user OfficialMacroMass, who was offering to sell GRAZIANO other controlled substances from the Philippines.

48.     Overall, the direct messages between GRAZIANO and other reddit users made clear that GRAZIANO was aware that he was selling poppy seeds containing opium alkaloids and that the purchasers of those seeds were using them to manufacture tea containing controlled substances such as morphine, codeine, and thebaine. Indeed, GRAZIANO frequently compared the potency of his poppy seed product to oxycodone or other narcotic drugs.

49.     Based on investigation to date, GRAZIANO uses the email accounts antman.grazi@gmail.com, and quality.ingredients.us@gmail.com to run his poppy-seed businesses and sell products that contain controlled substances. Therefore, there is probable cause to believe that evidence sought for in Exhibits A and B will contain evidence of criminal activity, specifically evidence that GRAZIANO is selling unwashed poppy seeds which he knows contain illegal opium alkaloids and that he is doing so with the intent that the seeds be used to illegally manufacture Schedule II controlled substances.

## BACKGROUND CONCERNING GOOGLE[1]

50.     Google is a United States company that offers to the public through its Google Accounts a variety of online services, including email, cloud storage, digital payments, and

---

[1]     The information in this section is based on information published by Google on its public websites, including, but not limited to, the following webpages:  the "Google legal policy and products" page available to registered law enforcement at lers.google.com; product pages on support.google.com; or product pages on about.google.com.

productivity applications, which can be accessed through a web browser or mobile applications. Google also offers to anyone, whether or not they have a Google Account, a free web browser called Google Chrome, a free search engine called Google Search, a free video streaming site called YouTube, a free mapping service called Google Maps, and a free traffic tracking service called Waze. Many of these free services offer additional functionality if the user signs into their Google Account.

51.     In addition, Google offers an operating system ("OS") for mobile devices, including cellular phones, known as Android. Google also sells devices, including laptops, mobile phones, tablets, smart speakers, security cameras, and wireless routers. Users of Android and Google devices are prompted to connect their device to a Google Account when they first turn on the device, and a Google Account is required for certain functionalities on these devices.

52.     Signing up for a Google Account automatically generates an email address at the domain gmail.com. That email address will be the log-in username for access to the Google Account.

53.     Google advertises its services as "One Account. All of Google working for you." Once logged into a Google Account, a user can connect to Google's full suite of services offered to the general public, described in further detail below. In addition, Google keeps certain records indicating ownership and usage of the Google Account across services, described further after the description of services below.

54.     **GMAIL:** Google provides email services (called Gmail) to Google Accounts through email addresses at gmail.com or enterprise email addresses hosted by Google. Gmail can be accessed through a web browser or a mobile application. Additional email addresses ("recovery," "secondary," "forwarding," or "alternate" email addresses) can be associated with the

13

Google Account by the user. Google preserves emails associated with a Google Account indefinitely, unless the user deletes them.

55. **CONTACTS**: Google provides an address book for Google Accounts through Google Contacts. Google Contacts stores contacts the user affirmatively adds to the address book, as well as contacts the user has interacted with in Google products. Users can send messages to more than one contact at a time by manually creating a group within Google Contacts or communicate with an email distribution list called a Google Group. Users have the option to sync their mobile phone or device address book so it is stored in Google Contacts. Google preserves contacts indefinitely, unless the user deletes them.

56. **CALENDAR:** Google provides an appointment book for Google Accounts through Google Calendar. Users can create events or RSVP to events created by others in Google Calendar. Google Calendar can be set to generate reminder emails or alarms about events or tasks, repeat events at specified intervals, track RSVPs, and auto-schedule appointments to complete periodic goals (like running three times a week). A single Google Account can set up multiple calendars. An entire calendar can be shared with other Google Accounts by the user or made public so anyone can access it. Users have the option to sync their mobile phone or device address book so it is stored in Google Calendar. Google preserves appointments indefinitely, unless the user deletes them.

57. **GOOGLE TASKS and GOOGLE KEEP:** Google also provides online to-do lists and notepads for Google Accounts. Google Tasks allows users to assign themselves tasks to be completed at scheduled times and marked complete when done. Google Keep allows users to create notes or lists. These notes can be shared with other users to edit. Users can set notifications

14

at particular dates and times for both tasks and notes. Google preserves tasks and notes indefinitely, unless the user deletes them.

58.     **WEB-BASED CHATS and MOBILE MESSAGING:** Google provides a number of direct messaging services accessible through a browser or mobile application, including Duo, Messages, Hangouts (Chat and Meet), and the now-retired Allo and Chat. These services enable real-time communications. Users can send and receive text messages, videos, photos, locations, links, and contacts from their Google Account using these services. Chat and Hangouts require or required the other user to also have a Google Account. Duo, Messages, and Allo do or did not. Google preserves messages sent through these services indefinitely, unless the user turns off the setting to save conversation history or deletes the message.

59.     **GOOGLE DRIVE:** Google Drive is a cloud storage service automatically created for each Google Account. Users can store documents created by Google productivity applications like Google Docs (Google's word processor), Google Sheets (Google's spreadsheet program), Google Forms (Google's web form service), and Google Slides, (Google's presentation program). Users can also upload files to Google Drive, including photos, videos, PDFs, and text documents, until they hit the storage limit. Users can also set up their personal computer or mobile phone to automatically back up files to their Google Drive Account. Each user gets 15 gigabytes of space for free on servers controlled by Google and may purchase more through a subscription plan called Google One. In addition, Google Drive allows users to share their stored files and documents with up to 100 people and grant those with access the ability to edit or comment. Google maintains a record of who made changes when to documents edited in Google productivity applications. Documents shared with a user are saved in their Google Drive in a folder called "Shared with me." Google preserves files stored in Google Drive indefinitely, unless the user deletes them.

60.     **GOOGLE MAPS and GOOGLE TRIPS:** Google offers a map service called Google Maps which can be searched for addresses or points of interest. Google Maps can provide users with turn-by-turn directions from one location to another using a range of transportation options (driving, biking, walking, etc.) and real-time traffic updates. Users can share their real-time location with others through Google Maps by using the Location Sharing feature. And users can find and plan an itinerary using Google Trips. A Google Account is not required to use Google Maps, but if users log into their Google Account while using Google Maps, they can save locations to their account, keep a history of their Google Maps searches, and create personalized maps using Google My Maps. Google stores Maps data indefinitely, unless the user deletes it.

61.     **GOOGLE VOICE:** Google offers a service called Google Voice through which a Google Account can be assigned a telephone number that can be used to make, record, and forward phone calls and send, receive, store, and forward SMS and MMS messages from a web browser, mobile phone, or landline. Google Voice also includes a voicemail service. Records are stored indefinitely, unless the user deletes them.

62.     **GOOGLE CHROME:** Google offers a free web browser service called Google Chrome, which facilitates access to the Internet. Chrome retains a record of a user's browsing history and allows users to save favorite sites as bookmarks for easy access. If a user is logged into their Google Account on Chrome and has the appropriate settings enabled, their browsing history, bookmarks, and other browser settings may be saved to their Google Account.

63.     **INTEGRATION OF GOOGLE SERVICES:** Google integrates these various services to make it easier for Google Accounts to access the full Google suite of services. Users accessing their Google Account through their browser can toggle between Google Services via a toolbar displayed on the top of most Google service pages, including Gmail and Drive. Google

16

Hangout and Chat conversations pop up within the same browser window as Gmail. Attachments in Gmail are displayed with a button that allows the user to save the attachment directly to Google Drive. If someone shares a document with a Google Account user in Google Docs, the contact information for that individual will be saved in the user's Google Contacts. Google Voice voicemail transcripts and missed call notifications can be sent to a user's Gmail account. And if a user logs into their Google Account on the Chrome browser, their subsequent Chrome browser and Google Search activity is associated with that Google Account, depending on user settings.

64.    **SUBSCRIBER RECORDS:** When individuals register with Google for a Google Account, Google asks users to provide certain personal identifying information including the user's full name, telephone number, birthday, and gender. If a user is paying for services, the user must also provide a physical address and means and source of payment.

65.    **ACCESS RECORDS:** Google typically retains and can provide certain transactional information about the creation and use of each account on its system. Google captures the date on which the account was created, the length of service, log-in times and durations, the types of services utilized by the Google Account, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via Google's website or using a mobile application), and other log files that reflect usage of the account. In addition, Google keeps records of the Internet Protocol ("IP") addresses used to register the account and accept Google's terms of service, as well as the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the Google Account.

66.     Google maintains the communications, files, and associated records for each service used by a Google Account on servers under its control. Even after a user deletes a communication or file from their Google Account, it may continue to be available on Google's servers for a certain period of time.

67.     **BROWSING, SEARCH, and APPLICATION USE HISTORY:** Google collects and retains data about searches that users conduct within their own Google Account or using the Google Search service, including voice queries made to Google Assistant. Google also has the capacity to track the websites visited using its Google Chrome web browser service, applications used by Android users, and the use of Google applications by iPhone users. According to Google, this search, browsing, and application use history may be associated with a Google Account when the user is logged into their Google Account on the browser or device and certain global settings are enabled, such as Web & App Activity. Google also collects and retains data about the voice queries made to its artificial intelligence-powered virtual assistant, Google Assistant, on Android devices and associated it with the registered Google Account if certain global settings are enabled, such as Voice & Audio Activity tracking. Google maintains these records indefinitely, unless the user deletes them.

68.     **LOCATION HISTORY:** Google collects and retains data about the location at which Google Account services are accessed from any mobile device regardless of service usage. This location data can derive from a range of sources, including GPS data, Wi-Fi access points, cell-site locations, geolocation of IP addresses, sensor data, user searches, and Bluetooth beacons within range of the device. According to Google, this location data may be associated with the Google Account signed-in or registered to the device when Location Services are activated on the device and the user has enabled certain global settings for their Google Account, such as Location

18

History or Web & App Activity tracking. The data retained may be both precision location data, like latitude and longitude coordinates derived from GPS, and inferential location data, such as the inference that a Google Account is in New York because it conducts a series of searches about places to eat in New York and directions from one New York location to another. Google maintains these records indefinitely, unless the user deletes them.

69.     Google integrates its various services to make it easier for Google Accounts to access the full Google suite of services. For example, users accessing their Google Account through their browser can toggle between Google Services via a toolbar displayed on the top of most Google service pages, including Gmail and Drive. Google Hangout, Meet, and Chat conversations pop up within the same browser window as Gmail. Attachments in Gmail are displayed with a button that allows the user to save the attachment directly to Google Drive. If someone shares a document with a Google Account user in Google Docs, the contact information for that individual will be saved in the user's Google Contacts. Google Voice voicemail transcripts and missed call notifications can be sent to a user's Gmail account. And if a user logs into their Google Account on the Chrome browser, their subsequent Chrome browser and Google Search activity is associated with that Google Account, depending on user settings.

70.     When individuals register with Google for a Google Account, Google asks users to provide certain personal identifying information, including the user's full name, telephone number, birthday, and gender. If a user is paying for services, the user must also provide a physical address and means and source of payment.

71.     Google typically retains and can provide certain transactional information about the creation and use of each account on its system. Google captures the date on which the account was created, the length of service, log-in times and durations, the types of services utilized by the

Google Account, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via Google's website or using a mobile application), details about the devices used to access the account, and other log files that reflect usage of the account. In addition, Google keeps records of the Internet Protocol ("IP") addresses used to register the account and accept Google's terms of service, as well as the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the Google Account.

72.     Google maintains the communications, files, and associated records for each service used by a Google Account on servers under its control. Even after a user deletes a communication or file from their Google Account, it may continue to be available on Google's servers for a certain period of time.

73.     In my training and experience, evidence of who was using a Google Account, and from where, and evidence related to criminal activity of the kind described above, may be found in the files and records described above. I also know, from my training and experience, that individuals who activate a Google Account for the purposes of only using a particular Google service (commonly email) will frequently generate records related to other services available with a Google Account, even inadvertently.  This evidence may establish the "who, what, where, when, why, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or, alternatively, to exclude the innocent from further suspicion. This can be true even if subscribers insert false information to conceal their identity; this information often nevertheless provides clues to their identity, location or illicit activities.

74.     For example, the stored communications and files connected to a Google Account may provide direct evidence of the offense under investigation. Based on my training and experience, messages, emails, voicemails, photos, videos, documents, and internet searches are often created and used in furtherance of criminal activity, including to communicate about the offense under investigation.

75.     In addition, the user's account activity, logs, stored electronic communications, location history, and other data retained by Google can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, subscriber information, email and messaging logs, documents, and photos and videos (and the data associated with the foregoing, such as geo-location, date and time) may be evidence of who used or controlled the account at a relevant time. Further, information maintained by the email provider can show how and when the account was accessed or used. For example, email providers typically log the Internet Protocol (IP) addresses from which users access the email account, along with the time and date of that access. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the email account access and use relating to the crime under investigation. This geographic and timeline information may tend to either inculpate or exculpate the account owner. Additionally, information stored at the user's account may further indicate the geographic location of the account user at a particular time (e.g., location information integrated into an image or video sent via email). This sort of location data— in addition to the Location History information described above—is especially pertinent where, as here, there has been criminal activity at a specific location, and law enforcement must work to confirm the identity of individuals at that specific location.

21

76.     Account activity may also provide relevant insight into the account owner's state of mind as it relates to the offense under investigation. For example, information on the Google Account may indicate the owner's motive and intent to commit a crime (e.g., communications relating to the crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

77.     Therefore, Google's servers are likely to contain stored electronic communications and information concerning GRAZIANO and his use of Google services. In my training and experience, such information may constitute evidence of the crime under investigation, including information that can be used to identify the account's user or users, their location(s) and activities at certain times relevant to the offense at issue, communications with others about the offense, and actions taken and research performed relating to the criminal offenses at issue.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

78.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Google to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B

## CONCLUSION

79.     Based on the forgoing, I request that the Court issue the proposed search warrant.

80.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.  The government will execute this warrant by serving the warrant on Google.  Because the warrant will be served on Google, who will then

22

compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Case 2:22-mj-00954-NJ   Filed 08/15/22   Page 32 of 39   Document 1

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with Google accounts

**antman.grazi@gmail.com** and **quality.ingredients.us@gmail.com** (the "Accounts") that are

stored at premises owned, maintained, controlled, or operated by Google, LLC, a company

headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

## ATTACHMENT B

### Particular Things to be Seized

I.  **Information to be disclosed by Google, LLC. ("the Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, regardless of whether such information is located within or outside of the United States, and including any information that has been deleted but is still available to the provider, the Provider is required to disclose the following information to the government for the accounts listed in Attachment A:

**Google Account**

> **SUBSCRIBER AND ACCESS RECORDS:** All business records and subscriber information, in any form kept, pertaining to the account, including: full name; physical address; telephone numbers, including SMS recovery and alternate sign-in numbers; alternative and recovery email addresses, including those provided during registration; usernames, screennames and other identifiers; account status; account creation date; account registration IP address; length of service; records of session times and durations, including log-in IP addresses; methods of connecting; log files; subscriber change history; means and source of payment (including any credit or bank account number); and detailed billing records;

> **DEVICES:** All device information associated with the accounts, including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers;

> **SERVICES:** The types of services utilized, including connected applications and sites, and any dates associated with the commencement or termination of that use;

> **FORWARDING OR FETCHING ACCOUNTS:** All forwarding or fetching accounts relating to the accounts;

> **BROWSING, SEARCH, and APPLICATION USE HISTORY:** All Internet search, browsing history, and application usage history, such as Web & App Activity, including: search terms; browsing history, including application usage; bookmarks; passwords; autofill information; alerts, subscriptions, and other automated searches, including associated notifications and creation dates; all text typed into the Google Chrome address bar or Google search bar, including URLs and IP addresses; all URLs or IP addresses clicked on; user settings; and all associated logs and change history;

25

**Gmail**

- **GMAIL:** The contents of all emails associated with the account, including, but not limited to: stored or preserved copies of emails sent to and from the account, draft emails, and deleted emails; attachments; the source and destination addresses associated with each email; the date and time at which each email was sent; the size and length of each email; and true and accurate header information including the actual IP addresses of the sender and recipients of the emails;

- **CONTACTS:** Any records pertaining to the user's contacts, including: address books; contact lists, including autocomplete suggestions; social network links; groups, including Google Groups to which the user belongs or communicates with; user settings; and all associated logs and change history;

- **CALENDAR:** Any records pertaining to the user's calendar, including: Google Calendar entries; Google Tasks; reminders; appointments; invites; and goals; the sender and recipients of any event invitation, reminder, appointment, or task; user settings; and all associated logs and change history;

- **WEB-BASED CHATS:** The contents of all chats associated with the account, including Google Hangouts, Meet, and Chat, in any format (text, audio, or video) including, but not limited to: stored, deleted, and draft chat communications, including attachments and links; the source and destination addresses associated with each communication, including IP addresses; the size and length of each communication; user settings; and all associated logs, including access logs and change history;

-

**Google Drive**
- The contents of all records associated with the account in Google Drive (including Docs, Sheets, Forms, and Slides) and Google Keep, including: files, folders, media, notes, lists, and other data uploaded, created, stored, or shared with the account including drafts and deleted records; the creation and change history of each record; accounts with access to or which previously accessed each record; any location, device, other Google service (such as Google Classroom or Google Group), or third-party application associated with each record; and all associated logs, including access logs and IP addresses, of each record;

**Google Voice**

- **GOOGLE VOICE:** All Google Voice records associated with the account, including: associated telephone numbers, including forwarding numbers; connection records; call detail records; SMS and MMS messages, including draft and deleted messages;

voicemails, including deleted voicemails; user settings; and all associated logs, including access logs, IP addresses, location data, timestamps, and change history;

- **GOOGLE VOICE SUBSCRIBER RECORDS:** All business and subscriber records associated with the account on Google Voice, including: name; user name; physical address; alternate or recovery emails; telephone numbers, including SMS recovery numbers; linked accounts; account status; account creation date; account registration IP address; length of service; associated devices; associated AndroidIDs; means and source of payment (including any credit or bank account number); and all associated logs and change history;

**Messaging Services**

- **MOBILE MESSAGING:** The contents of all messages associated with the account, including Google Duo, Android Messages, and Google Allo, in any format (e.g. SMS, MMS, or RCS) including, but not limited to: stored, deleted, and draft messages, including attachments and links; the source and destination addresses associated with each communication, including IP addresses and telephone numbers; the size and length of each communication; associated telephone numbers, including SMS recovery numbers; usernames and other identifiers; user settings; and all associated logs and change history;

Google is hereby ordered to disclose the above information to the government within **14 days** of issuance of this warrant.

## II.  Information to be seized by the government

All information described above in Section I that constitutes evidence, and/or instrumentalities of violations of 21 U.S.C § 843(a)(7) and 21 U.S.C. § 846, those violations involving ANTONY GRAZIANO, including, for each account listed in Attachment A, information pertaining to the following matters:

(a)  Information that constitutes evidence concerning the unlawful distribution of narcotics;

(b)  Information that demonstrates Graziano's knowledge that his product was being used to manufacture a controlled substance and/or to create poppy seed tea

27

(c) Evidence indicating how and when the Account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and to the Account owner;

(d) Any records pertaining to the means and source of payment for services (including any credit card or bank account number or digital money transfer account information);

(e) Evidence indicating the Account owner's state of mind as it relates to the crime under investigation;

(f) Evidence that may identify any co-conspirators or aiders and abettors, including records that help reveal their whereabouts;

(g) The identity of the person(s) who created or used the Account, including records that help reveal the whereabouts of such person(s).

(h) The identity of the person(s) who communicated with the Account about matters relating to the possession of unwashed poppyseeds, the plan to manufacture those seeds into an illegal controlled substance, the plan to sell those unwashed poppyseeds with the intention that the buyers use them to manufacture and illegal controlled substance, and the records that help reveal their approximate whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support

28

staff, and technical experts.  Pursuant to this warrant, the DEA may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by Google LLC. ("Google"), and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of Google. The attached records consist of _____ [[**GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)**]]. I further state that:

a.        all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of Google, and they were made by Google as a regular practice; and

b.        such records were generated by Google's electronic process or system that produces an accurate result, to wit:

1.        the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of Google in a manner to ensure that they are true duplicates of the original records; and

2.        the process or system is regularly verified by Google, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____          _____
Date                                                              Signature

30